IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CALVIN JOSEPH,**

　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 3:12cv1/MCR/EMT

**KENNETH S. TUCKER,**

　　Respondent.
_____/

## ORDER

　　This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 13, 2012 (doc. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

　　Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

　　Accordingly, it is now **ORDERED** as follows:

　　1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

　　2.　The petition for writ of habeas corpus (doc. 1) is **DENIED**.

　　3.　A certificate of appealability is **DENIED**.

　　**DONE AND ORDERED** this 7th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**